**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINESOTA**
**THIRD DIVISION**

---

| | |
|---|---|
| EMA, Inc.<br>(a Minnesota corporation),<br><br>    Plaintiff,<br><br>v.<br><br>U.S. Filter Operating Services, Inc.,<br>d/b/a Veolia Water North America, Inc.<br>(a Delaware corporation),<br><br>    Defendant. | Civil No. 05CV71 PAM/FLN<br><br>**ORDER** |

---

Based on the foregoing stipulation of the parties.

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs.

Dated: May __3__, 2006        BY THE COURT:

                              s/Paul A. Magnuson
                              Honorable Paul A. Magnuson
                              United States District Judge